IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS | : | CIVIL ACTION |
| | : | |
| | : | No. 24-4942 |
| v. | : | |
| | : | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 7th day of April, 2026, it is ORDERED the schedule in the above-captioned matter is as follows:

- Cross motions for summary judgment are due no later than **May 22, 2026**;

- Replies are due no later than **June 12, 2026**;

- Oral argument is scheduled for **July 1, 2026, at 9:30 a.m. in Courtroom 14B**;

- Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.